Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XI

| | | |
|---|---|---|
| SCOTIABANK DE PUERTO RICO; ESTRELLA COMMERCIAL, LLC<br><br>Recurrida<br><br>v.<br><br>MONACILLO PARTNERS, INC; MOISÉS CORDERO RODRÍGUEZ, SU ESPOSA MARGARITA M. FRONTERA MUÑOZ y SU SOCIEDAD LEGAL DE GANANCIALES; FULANO DE TAL y SUTANO MÁS CUAL<br><br>Recurridos<br><br>**PROPERTY ASSETS, INC.; CÉSAR VÁZQUEZ MORALES, SU ESPOSA NATALIA SANTOS ARROYO y SU SOCIEDAD LEGAL DE GANANCIALES; IVÁN VÁZQUEZ MORALES; JAVIER VÁZQUEZ MORALES, SU ESPOSA MONIQUE LUGO PÉREZ y SU SOCIEDAD LEGAL DE GANANCIALES; y JOHAN VÁZQUEZ MORALES**<br><br>Peticionarios | TA2025CE00374 | *Certiorari*<br>Procedente del Tribunal de Primera Instancia, Sala de SAN JUAN<br><br>Caso Núm.:<br>K CD2011-0704<br><br>Sobre:<br>Cobro de Dinero y Ejecución de Hipoteca |

Panel integrado por su presidenta la Jueza Rivera Marchand, la Jueza Mateu Meléndez, la Jueza Boria Vizcarrondo y el Juez Robles Adorno.

Mateu Meléndez, Jueza Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de septiembre de 2025.

Atendido el *Aviso de Desistimiento* presentado por los peticionarios, Property Assets, Inc., César Vázquez Morales, Natalia Santos Arroyo, Iván Vázquez Morales, Javier Vázquez Morales, Monique Lugo y Johan Vázquez Morales, el 29 de septiembre de 2025, disponemos a continuación:

Este Tribunal ordena el archivo y cierre del caso de epígrafe por desistimiento con perjuicio, conforme dispone la Regla 83 (A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones